UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN CHAPPELL,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br><br>                    Defendant. | No.  4:16-CV-05009-EFS<br><br>**ORDER DISMISSING CASE** |

On July 25, 2016, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff filed a Notice of Stipulated Voluntary Dismissal, ECF No. 16.  Therefore, consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

   **1.**   Plaintiff's Notice of Stipulated Voluntary Dismissal, **ECF No. 16**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

   **3.**   All other pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

////

///

//

/

ORDER DISMISSING CASE - 1

1     **5.**    The Clerk's Office is directed to **CLOSE** this file.

2     **IT IS SO ORDERED.**    The Clerk's Office is directed to enter this

3   Order and provide copies to all counsel.

4     **DATED** this 25th day of July 2016.

```
                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge
```

Q:\EFS\Civil\2016\Chappell;16-CV-5009.Stip.Dismissal.LC1.docx

ORDER DISMISSING CASE - 2